LAW OFFICES OF MITCHELL S. SEGAL, P.C.
1010 NORTHERN BOULEVARD
SUITE 208
GREAT NECK, NEW YORK 11021
Ph: (516) 415-0100
Fx: (516) 706-6631

N.Y.C. Office
137 Fifth Avenue
9th Floor
New York, N.Y. 10010
Ph: (212) 388-9444

<u>Via ECF Filing</u>
Honorable Magistrate Judge Sanket J. Bulsara            January 4, 2019
U.S. District Court – EDNY
225 Cadman Plaza East
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

   Re:   <u>Elizabeth Flint v. Atlantic Networks, LLC, ChipShop Corp. and The Atlantic Chip Shop LLC.</u>
        <u>Case No.:  1:18-cv-05534-ERK-SJB</u>

Dear Honorable Sanket J. Bulsara:

    I represent Defendants' ChipShop Corp. and The Atlantic Chip Shop LLC in the above entitled action.  I cordially request an extension of time to respond to the Plaintiff's Complaint to January 22, 2019.  Plaintiff's counsel has consented to this extension request and I have attached the Stipulation entered into between the parties.

    This is the first extension request by the Defendants.  I appreciate the Courts consideration of this request.  Thank you.

                                       Respectfully submitted,

                                       /s/ Mitchell Segal
                                       _____
                                       Mitchell Segal