LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue |
| GREAT NECK, NEW YORK 11021 | 9th Floor |
| Ph: (516) 415-0100 | New York, N.Y. 10010 |
| Fx: (516) 706-6631 | Ph: (212) 388-9444 |

Via ECF Filing

Honorable Senior Judge Edward R. Korman:     January 22, 2019
U.S. District Court – EDNY
225 Cadman Plaza East, Courtroom 8A South
Brooklyn, New York 11201

   Re:  Elizabeth Flint v. Atlantic Networks, LLC, ChipShop Corp. and The Atlantic Chip Shop LLC.
       Case No.:  1:18-cv-05534-ERK-SJB

Dear Honorable Edward R. Korman:

    I represent Defendants' ChipShop Corp. and The Atlantic Chip Shop LLC in the above entitled action.  A response to the Plaintiff's Complaint is due today.  My clients intend to file a motion to dismiss in lieu of an answer as they are no longer in business nor possession of the premises in question.  Pursuant to your Individual Motion Practice Rules, I have contacted Plaintiff's counsel in order to set up a briefing schedule.  As of this filing, although we did speak by email, we have not yet agreed on a briefing schedule.  I will apprise the Court of the briefing schedule when it is finalized.

    I thank the Court for its review of this letter.

                                                Respectfully submitted,

                                                /s/ Mitchell Segal
                                                _____
                                                Mitchell Segal