**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIZABETH FLINT,

                    *Plaintiff*,

      -*against*-

ATLANTIC NETWORKS, LLC, CHIPSHOP CORP. AND THE ATLANTIC CHIP SHOP LLC,

                    *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:18-cv-05534

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned of Levin-Epstein & Associates, P.C. hereby appears in the above-captioned case on behalf of Defendant Atlantic Networks, LLC (the "**Defendant**") and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

      LEVIN-EPSTEIN & ASSOCIATES, P.C.
      1 Penn Plaza, Suite 2527
      New York, New York 10119

Dated: February 27, 2019
      New York, New York

      By:    /s/*Jason Mizrahi*
                Jason Mizrahi, Esq.
                1 Penn Plaza, Suite 2527
                New York, New York 10119
                Telephone: (212) 792-0048
                Facsimile: (212) 563-7108
                Email: Jason@levinepstein.com