UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELIZABETH FLINT,

                *Plaintiff*,

          *-against-*

ATLANTIC NETWORKS, LLC, CHIPSHOP CORP. AND THE ATLANTIC CHIP SHOP LLC,

                *Defendants.*
-------------------------------------------------------------X

Case No.: 1:18-cv-05534

**PROPOSED ORDER AND STIPULATION**

      Defendant Atlantic Networks, LLC (the "**Defendant**"), by their undersigned counsel, agree and stipulate with Plaintiff Elizabeth Flint (the "**Plaintiff**"), by their attorney Parker Hanski LLC, and Defendants Chipshop Corp., and The Atlantic Chip Shop LLC, by their attorney Law Offices of Mitchell Segal P.C. as follows:

      IT IS STIPULATED AND AGREED by and between the parties that Defendant Atlantic Networks, LLC's time to reply or otherwise respond to Plaintiff's Complaint is extended through and including **April 5, 2019**;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that the mediation completion date of March 1, 2019, be extended through and including **May 1, 2019**;

      IT IS HEREBY STIPULATED AND AGREED by and between the parties that all parties consent to electronic service of all court filings per Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and that a facsimile copy or other electronic copies shall be deemed originals.

Dated:    New York, New York
            March 4, 2019

| PARKER HANSKI LLC | LEVIN-EPSTEIN & ASSOCIATES, P.C. |
|---|---|
| By: */s/ Adam Saul Hanski*<br>Adam Saul Hanski, Esq.<br>40 Worth Street, 10th Floor<br>New York, NY 10013<br>Tel. No.: (212) 248-7400<br>Email: ash@parkerhanski.com<br>*Attorneys for Plaintiff* | By: */s/ Jason Mizrahi*<br>Jason Mizrahi, Esq.<br>1 Penn Plaza, Suite 2527<br>New York, New York 10119<br>Tel. No.: (212) 792-0048<br>Email: Jason@levinepstein.com<br>*Attorneys for Defendant Atlantic Networks, LLC* |

                LAW OFFICES OF MITCHELL SEGAL P.C.

                By:  /s/ *Mitchell Segal*
                Mitchell Segal, Esq.
                1010 Northern Boulevard, Suite 208
                Great Neck, NY 11021
                Tel. No.: (516)415-0100
                Email: Msegal@segallegal.com
                *Attorneys for Defendants Chipshop Corp. and The Atlantic Chip Shop LLC*

_____
SO ORDERED