| | |
|---|---|
| LAW OFFICES OF MITCHELL S. SEGAL, P.C. | |
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue |
| GREAT NECK, NEW YORK 11021 | 9th Floor |
| Ph: (516) 415-0100 | New York, N.Y. 10010 |
| Fx: (516) 706-6631 | Ph: (212) 388-9444 |

Via ECF Filing
Honorable Magistrate Judge Sanket J. Bursara      January 23, 2020
U.S. District Court – EDNY
225 Cadman Plaza
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

    Re:  Elizabeth Flint v. Atlantic Networks, LLC, ChipShop Corp. and The Atlantic Chip Shop LLC.
          Case No.:  1:18-cv-05534-ERK-SJB

Dear Honorable Magistrate Judge Sanket J. Bursara:

    I represent the Defendants' ChipShop Corp. and The Atlantic Chip Shop LLC in the above entitled action.  I am writing to the Court to apologize for not appearing at the status conference scheduled this morning.  I did not think that my appearance was expected since my clients and the Plaintiff previously executed a Settlement Agreement on April 7, 2019.  I had hoped that a Stipulation of Dismissal would have been supplied by the Plaintiffs attorney for execution but it has not been supplied.

    I request this honorable Court to direct the Plaintiff to supply such a Stipulation dismissing the action against my clients.  Thank you.

                                                Respectfully submitted,

                                                /s/ Mitchell Segal
                                                _____
                                                Mitchell Segal

BY ECF
Cc: Glen H. Parker, Esq.
     Adam S. Hanski, Esq.

Robert G. Hanski, Esq.
Eunon Jason Mizrahi, Esq.