LAW OFFICES OF MITCHELL S. SEGAL, P.C.

| | |
|---|---|
| 1010 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 208 | 137 Fifth Avenue |
| GREAT NECK, NEW YORK 11021 | 9th Floor |
| Ph: (516) 415-0100 | New York, N.Y. 10010 |
| Fx: (516) 706-6631 | Ph: (212) 388-9444 |

Via ECF Filing

Honorable Magistrate Judge Sanket J. Bursara     January 24, 2020
U.S. District Court – EDNY
225 Cadman Plaza
Chambers 304N, Courtroom 324N
Brooklyn, New York 11201

    Re:   Elizabeth Flint v. Atlantic Networks, LLC, ChipShop Corp. and The Atlantic Chip Shop LLC.
           Case No.:  1:18-cv-05534-ERK-SJB

Dear Honorable Magistrate Judge Sanket J. Bursara:

    I represent the Defendants' ChipShop Corp. and The Atlantic Chip Shop LLC in the above entitled action.  The letter that I filed yesterday was before I saw the Courts Order and Order to Show Cause which I received notice of this morning.  My letter was filed yesterday pursuant to my call with your law clerk who suggested I file the letter explaining my non-appearance.  I did not appear yesterday as I thought the conference was about the other Defendant's refusal to mediate their claims in addition to the fact that my clients already settled with the Plaintiff.  My clients are ready to mediate any cross claims, if necessary.  I apologize to this honorable Court for my misunderstanding.

    I thank this honorable for its review of this response to the Order to Show Cause.  Thank you.

                                                 Respectfully submitted,

                                                 /s/ Mitchell Segal

                                                 _____
                                                 Mitchell Segal

BY ECF

Cc: Glen H. Parker, Esq.
Adam S. Hanski, Esq.
Robert G. Hanski, Esq.
Eunon Jason Mizrahi, Esq.