# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

February 20, 2020

<u>Via ECF</u>
The Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court

    **Re:** *Elizabeth Flint v. Atlantic Networks, LLC, Chipshop Corp. and The Atlantic Chip Shop LLC*

    **Docket No. 1:18-cv-05534 (ERK)(SJB)**

Dear Judge Bulsara:

  We represent the plaintiff in the above-entitled action. In response to the Order to Show Cause of January 23, 2020, plaintiff hereby responds and states that she <u>does not oppose</u> the Order to Show Cause. See ECF Document # 28. Accordingly, plaintiff will not be filing any papers in response or opposition to the Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction.

  Thank you for your time and attention to this matter. With kindest regards, I am

            very truly yours,

            /s/
           Glen H. Parker, Esq.