UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH FLINT,

                    JUDGMENT

        Plaintiff,                    18-CV-5534-ERK-SJB

  v.

ATLANTIC NETWORKS, LLC, CHIPSHOP CORP.
AND THE ATLANTIC CHIP SHOP LLC,

        Defendants.
------------------------------------------------------------X

        An Order of the Honorable Edward R. Korman, United States District Judge, having been filed on May 11, 2020, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated February 28, 2020, dismissing the complaint; it is

        ORDERED and ADJUDGED that the complaint is dismissed.

Dated: Brooklyn, New York                        Douglas C. Palmer
       May 12, 2020                                Clerk of Court

                                            By:    */s/Jalitza Poveda*
                                                     Deputy Clerk